IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TRAVIS MARTIN                                                                   PLAINTIFF

V.                              No. 5:17CV00169 JM

FAIRWAY OUTDOOR ADVERTISING, LLC                       DEFENDANT

## ORDER

Pursuant to the Joint Stipulation of Dismissal, docket # 8, this action is hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 8th day of June, 2018.

_____
James M. Moody Jr.
United States District Judge